|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   Shon Morgan (Bar No. 187736) |
| 2 |   shonmorgan@quinnemanuel.com |
|   |   Joseph R. Ashby (Bar No. 248579) |
| 3 |   josephashby@quinnemanuel.com |
|   | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California  90017-2543 |
|   | Telephone:   (213) 443-3000 |
| 5 | Facsimile:    (213) 443-3100 |

Attorneys for Defendant Hyundai Motor America

THE MARGARIAN LAW FIRM
   Hovanes Margarian (Bar No. 246359)
   hovanes@margarianlaw.com
801 N. Brand Blvd., Suite 210
Glendale, CA 91203
Telephone:  (818) 553-1000
Facsimile:   (818) 553-1005

Attorneys for Plaintiff Arshalos Nalbandian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| ARSHALOS NALBANDIAN, as an individual, on behalf of herself and others similarly situated, and the general public,<br><br>           Plaintiffs,<br><br>     vs.<br><br>HYUNDAI MOTOR COMPANY; HYUNDAI MOTOR AMERICA; HYUNDAI CORPORATION (USA); and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO.  CV 15-1737-MMM (PLAx)<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL CLAIMS**<br><br>Hon.  Margaret M. Morrow<br>Courtroom:  780<br><br>Compl. filed (state court): Feb. 9, 2015<br>Compl. served:                    Feb. 9, 2015<br>Compl. removed:                Mar. 10, 2015 |

1  Plaintiff Arshalos Nalbandian and defendant Hyundai Motor America
2  ("HMA"), respectfully file this Notice to advise the Court that the parties have
3  agreed to resolve the individuals claims of plaintiff, and expect plaintiff will file the
4  appropriate request for dismissal within 21 days.  Accordingly, HMA is not filing a
5  response to Complaint.

8  DATED:  May 6, 2015          QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  /s/ Shon Morgan
                                    Shon Morgan
                                    Attorneys for Defendant Hyundai Motor
                                    America

15 DATED:  May 6, 2015          THE MARGARIAN LAW FIRM

                                By  /s/ Hovanes Margarian
                                    Hovanes Margarian
                                    Attorneys for Plaintiff Arshalos
                                    Nalbandian

**C.D. Cal. L. R. 5-4.3.4(a)(2)(i) Attestation**

I attest that the e-signature of Hovanes Margarian on behalf of Plaintiff was added with authorization conveyed by email from Mr. Margarian.  Plaintiff's counsel and plaintiff concur in this filing's content and have authorized this filing pursuant to the authorization conveyed by email from Mr. Margarian.

              /s/ Shon Morgan