JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHALOS NALBANDIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR COMPANY, et al.<br><br>Defendants. | CASE NO. CV 15-1737 MMM (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 7, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE